**EXHIBIT B**



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
CGY GREENWICH I LLC,

        Plaintiff(s),

  -against-

NOBLE AMERICAS GAS & POWER CORP.,

        Defendant,
---------------------------------------------------------------X

Index No. 654493/2015
Filed 12/31/15
AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                         S.S.:
COUNTY OF ALBANY )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 5TH day of January, 2016, at approximately the time of 11:00A.M., at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served the SUMMONS AND VERIFIED COMPLAINT WITH EXHIBIT upon NOBLE AMERICAS GAS & POWER CORP., in this action, by delivering to and leaving with SUE ZOUKY an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        SUE ZOUKY is a white female, approximately 60 years of age, stands approximately 5 feet 0 inches tall, weighs approximately 100 pounds with brown hair.

DEBORAH LaPOINTE

Sworn to before me this
5TH day of January, 2016

NOTARY PUBLIC

FRANK J. PANUCCI
NOTARY PUBLIC, STATE OF NEW YORK
COUNTY OF ALBANY
# 4721156
COMMISSION EXPIRES JULY 31, 20 18

D.L.S., Inc.
00 State Street
te. 220
lbany, NY 12207
18-449-8411
www.dlsnational.com