UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CGY GREENWICH I LLC,

                       Plaintiff(s),

      -against-

NOBLE AMERICAS GAS & POWER CORP.,

                       Defendant(s).

16cv04637 (DF)

**SCHEDULING ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

      The parties to this action having consented to trial before me pursuant to 28 U.S.C. § 636(c), it is hereby ORDERED as follows:

      1.      The Court will hold an initial pre-trial conference on August 16, 2016, at 10:30 a.m., in the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 17A.

      2.      The parties are directed to submit, no later than August 12, 2016, a jointly proposed discovery plan, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. This submission should address all of the matters set out in Rule 26(f)(3), and should specifically include proposed deadlines for:

            a.      service of initial disclosures under Rule 26(a)(1);

            b.      service of initial document requests and interrogatories;

            c.      any motion for joinder of other parties or amendment of the pleadings;

            d.      completion of fact discovery; and

            e.      expert disclosures and the completion of expert discovery, if any.

3.     Counsel should fax a copy of their proposed discovery plan to the Chambers of the undersigned, at (212) 805-4258.

Dated: New York, New York
       July 25, 2016

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies to:

All counsel (via ECF)

2